UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMIL LAKEN CARTER,
aka LEON PIERCE,

    Petitioner,                      CRIMINAL NOS.    05-80950-01
                                                                  05-80617-09
v.

                                                      HONORABLE AVERN COHN

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY

Before the Court is petitioner's request for certificate of appealabilty. As noted in the April 28, 2009 order **[DKT #28]** issued by the Sixth Circuit Court of Appeals, the petitioner did not timely file a Notice of Appeal. The Court is unable to extend time period for the filing of a Notice of Appeal or to grant a certificate of appealability. Therefore,

**IT IS ORDERED** that request **[DKT. # 29]** is **DENIED.**

SO ORDERED.

                                                      s/ Avern Cohn
                                                      AVERN COHN
                                                      UNITED STATES DISTRICT JUDGE

Dated: August 3, 2009

I hereby certify that a copy of the foregoing document was mailed to Jamil Laken Carter, #39780-039, FCI Otisville, P.O. Box 2000, Otisville, NY 10963 and the attorneys of record on this date, August 3, 2009, by electronic and/or ordinary mail.

                                                      s/ Julie Owens
                                                      Case Manager, (313) 234-5160